IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARK ORAVETZ, | Civ. No. 6:24-cv-00406-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| JEFFERSON COUNTY SHERIFFS, | |
| WASHINGTON STATE MSO, | |
| Defendants. | |

AIKEN, District Judge.

On March 19, 2024, this Court denied Plaintiff's IFP Petition and dismissed the Complaint with leave to amend. ECF No. 8. Plaintiff was given thirty days in which to file an amended complaint and warned that failure to file an amended complaint would result in a judgment of dismissal without notice. Plaintiff did not file an amended complaint and the time for doing so has passed. This case is DISMISSED without prejudice and final judgment shall be entered accordingly.

It is so ORDERED and DATED this   23rd   day of April 2024.

/s/Ann Aiken
ANN AIKEN
United States District Judge